IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
ASHLEY GIVENS,                  )
                                )
     Plaintiff,                 )
                                )      CIVIL ACTION NO.
     v.                         )        1:16cv762-MHT
                                )            (WO)
AMERICAN HONDA MOTOR CO.,       )
INC., a corporation,            )
et al.,                         )
                                )
     Defendants.                )
```

**JUDGMENT**

This lawsuit is now before the court on the recommendation of the United States Magistrate Judge (doc. no. 28) regarding the parties' joint stipulation of dismissal (doc. no. 19). The magistrate judge recommends that the following defendants be dismissed without prejudice: Honda Motor Co., Ltd.; Honda R&D Americas, Inc.; Honda R&D Co., Ltd.; Honda North America, Inc.; Honda of America Mfg., Inc.; and Honda Engineering North America, Inc. The parties do not object to the recommendation of the magistrate judge. After an independent and de novo review of the record,

the court concludes that the magistrate judge's recommendation should be adopted.

***

Accordingly, it is ORDERED that:

(1) The United States Magistrate Judge's recommendation (doc. no. 28) is adopted.

(2) Defendants Honda Motor Co., Ltd.; Honda R&D Americas, Inc.; Honda R&D Co., Ltd.; Honda North America, Inc.; Honda of America Mfg., Inc.; and Honda Engineering North America, Inc. are dismissed without prejudice, with costs taxed as paid. The sole remaining defendant is American Honda Motor Co., Inc.

This matter is referred back to the United States Magistrate Judge for further proceedings.

DONE, this the 15th day of November, 2016.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE