IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| ASHLEY GIVENS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 1:16cv762-MHT |
| | ) | (WO) |
| AMERICAN HONDA MOTOR CO., | ) | |
| INC., a corporation, | ) | |
| | ) | |
| Defendant. | ) | |

## JUDGMENT

Pursuant to the joint stipulation of dismissal (doc. no. 47), it is the ORDER, JUDGMENT, and DECREE of the court that this cause, including not only the pending claims against defendant American Honda Motor Co., Inc., but also all claims previously dismissed without prejudice (doc. no. 35) against former defendants Honda Motor Co., Ltd., Honda R&D Americas, Inc., Honda R&D Co., Ltd., Honda North America, Inc., Honda of America Mfg., Inc., and Honda Engineering North America, Inc., is dismissed in its entirety with prejudice, with each party to bear its own costs.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 11th day of January, 2018.

                                            /s/ Myron H. Thompson
                                        UNITED STATES DISTRICT JUDGE